MINUTE ENTRY          9:00 a.m.

   U.S.A. -v- RAYMOND TUDELA DUENAS

PRESENT: HON. ALEX R. MUNSON,  JUDGE PRESIDING
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   SANAE N. SHMULL, COURT REPORTER
   PATRICK SMITH,  ASSISTANT U.S. ATTORNEY
   RAYMOND TUDELA DUENAS, DEFENDANT
   F. MATTHEW SMITH, ATTORNEY FOR DEFENDANT

PROCEEDINGS: VIOLATION HEARING

 Attorney F. Matthew Smith appeared with defendant. Government was represented by Patrick Smith, AUSA.  Also present was Margarita Wonenberg, U.S. Probation Officer.

 Attorney F. Matthew Smith  stated that the defendant denied the allegations of violation and moved for a continuance.  Court ordered that the hearing be set for Friday, November 12, 2004 at 1:30 p.m.

 Government moved to that the defendant be held in custody until the hearing on Friday, November 12, 2004 due to the fact that he is a danger to the community. Defense argued on behalf of the defendant.

        Adj. 9:10 a.m.
;
Applies to: DFT Raymond Duenas Tudela [TTP EOD 11/04/2004]